## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**SHANNON CASEY SARGENT**                                          **PETITIONER**

**V.**                                          **CIVIL ACTION NO. 3:25-CV-00245-MPM-JMV**

**STATE OF MISSISSIPPI**                                          **RESPONDENT**

### ORDER DENYING PETITIONER'S MOTION
### TO VACATE ORDER OF DISMISSAL

This matter comes before the Court on the *pro se* Petitioner Shannon Casey Sargent's motion [18] to vacate order of dismissal and objection to dismissal of habeas corpus. On October 2, 2025, the Court entered an Order dismissing this case without prejudice due to Petitioner's continued failure to prosecute and obey orders of the Court. *See* Doc. # 17. The Court gave Petitioner two opportunities to complete and return the court's standard form for habeas petitions; completion of which required *Petitioner's* signature. *See* Doc. #s 3, 12. The Court warned Petitioner twice that his failure to comply with the Court's directive would result in the dismissal of this case without prejudice. *See id.* Despite these warnings and directives, Petitioner failed to return and complete the standard form for habeas petition with his signature affixed. Instead, Petitioner submitted multiple petitions—all without Petitioner's signature, *see* Doc. #s 9, 16, and a response in which he argued his signature was unnecessary. Now, Petitioner espouses the same arguments urged in the aforementioned response; all of which are inconsistent with the authority cited in the Court's order dismissing this case. *See* Doc. # 17. Petitioner has yet to comply with the Court's directive nor otherwise demonstrate that the relief requested is warranted. As such, the Court finds that the instant motion [18] to vacate order of dismissal and objection to dismissal of habeas corpus should be **DENIED**.

This the 21st day of October, 2025.

/s/Michael P. Mills
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**